TOWNSHIP OF MOUNT MORRIS *v.* GENESEE COUNTY.

This case is controlled by *Burton Township* v. *Genesee County,* 369 Mich 180.

Appeal from Genesee; Parker (Donn D.), Baker (John W.), McGregor (Louis D.), and Roth (Stephen J.), JJ., en banc. Submitted December 5, 1962.

(Calendar No. 92, Docket No. 49,698.)   Decided
February 6, 1963.

Bill by Township of Mount Morris, a municipal
corporation, against Genesee county, a municipal
corporation, its board of supervisors and clerk, the
city of Flint, a home-rule city, a municipal corpora-
tion, its clerk, and the clerk of Mount Morris town-
ship, to enjoin election on Northwest Shopping Cen-
ter annexation proposal.  Bill dismissed.  Plaintiff
appeals.  Affirmed.

*Gardner & Cole* and *M. Bushnell Trembley,* for
plaintiff.

*John G. David,* Corporation Counsel, *William J.
Kane,* City Attorney, *Wade D. Withey* and *Don W.
Mayfield,* Assistant City Attorneys, for defendants.

*Weiss & Damm,* of counsel, for Genesee County
and its clerk.

*Dorothy E. Lewis,* as township clerk, *in propria
persona.*

DETHMERS, J.   Questions raised in this case are
answered in our opinion in the companion case of
*Burton Township* v. *Genesee County,* 369 Mich 180.
Under the holding therein the decree dismissing
plaintiff's bill of complaint must be affirmed.  No
costs, a public question being involved.

CARR, C. J., and KELLY, BLACK, KAVANAGH, SOURIS,
and OTIS M. SMITH, JJ., concurred.

O'HARA, J., took no part in the decision of this case.